UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-mj-1129-PDB

JOSUE GARRIGA III
a/k/a "Sway"

## ORDER

The Motion for Capias filed herein by the United States of America is hereby GRANTED, and a capias shall issue for the Defendant. The conditions for the Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at JACKSONVILLE, Florida, this 12th day of April, 2024.

PATRICIA D. BARKSDALE
United States Magistrate Judge

Copies to:
United States Attorney Laura Cofer Taylor
United States Marshal